**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
MICHAEL E. DELEHUNT, BAR NO. 070619
KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR COVENANT RETIREMENT
COMMUNITIES WEST, INC.

FILED
2005 SEP -7 A 10 50
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____ DEPUTY

LODGED
SEP 0 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COVENANT RETIREMENT COMMUNITIES WEST, INC., d/b/a COVENANT VILLAGE OF TURLOCK, MT. MIGUEL COVENANT VILLAGE and THE SAMARKAND,<br><br>    Defendants. | Case No. CIV F-04-6732 AWI SMS<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant, Covenant Retirement Communities West, Inc. dba Covenant Village of Turlock, Mt. Miquel Covenant Village and The Samarkand, hereby substitutes as its counsel of record Thomas F. Carlucci, Michael E. Delehunt and Kevin F. Woodall, of Foley & Lardner LLP, One Maritime Plaza, Sixth Floor, San Francisco, California 94111, *in the place and stead of* Paul A. Gordon, James A. Napoli, Paul B. Mello and Jaime M. Gher, of Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, 333 Market Street, 21st Floor, San Francisco, California 94105.

///
///
///

| | | |
|---|---|---|
| 1 | Consenting to the above substitution. | COVENANT RETIREMENT COMMUNITIES |
| 2 | Dated: August 29, 2005 | |
| 3 | | |
| 4 | | By: /s/ Karl N. Klockars |
| 5 | | KARL N. KLOCKARS<br>Executive Vice President of Legal Affairs |
| 6 | Consenting to the above substitution. | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP |
| 7 | Dated: August ____, 2005 | |
| 8 | | |
| 9 | | By: _____ |
| 10 | | PAUL B. MELLO |
| 11 | | ATTORNEYS FOR DEFENDANT, COVENANT RETIREMENT COMMUNITIES WEST, INC., DBA COVENANT VILLAGE OF TURLOCK, MT. MIQUEL COVENANT VILLAGE AND THE SAMARKAND |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Accepting the above substitution. | FOLEY & LARDNER LLP<br>Thomas F. Carlucci<br>Michael E. Delehunt<br>Kevin F. Woodall |
| 16 | Dated: August ____, 2005 | |
| 17 | | |
| 18 | | |
| 19 | | _____<br>KEVIN F. WOODALL |
| 20 | | ATTORNEYS FOR DEFENDANT, COVENANT RETIREMENT COMMUNITIES WEST, INC., DBA COVENANT VILLAGE OF TURLOCK, MT. MIQUEL COVENANT VILLAGE AND THE SAMARKAND |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

SUBSTITUTION OF COUNSEL
CASE NO. CIV F-04-6732 AWI SMS

| | | |
|---|---|---|
| 1 | Consenting to the above substitution. | COVENANT RETIREMENT COMMUNITIES |
| 2 | Dated: August ___, 2005 | |

By: _____
KARL N. KLOCKARS
Executive Vice President of Legal Affairs

Consenting to the above substitution.

Dated: August 26, 2005

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY LLP

By: _____
PAUL B. MELLO
ATTORNEYS FOR DEFENDANT,
COVENANT RETIREMENT COMMUNITIES
WEST, INC., DBA COVENANT VILLAGE OF
TURLOCK, MT. MIQUEL COVENANT VILLAGE
AND THE SAMARKAND

Accepting the above substitution.

Dated: August 30, 2005

FOLEY & LARDNER LLP
Thomas F. Carlucci
Michael E. Delehunt
Kevin F. Woodall

_____
Kevin F. Woodall
ATTORNEYS FOR DEFENDANT,
COVENANT RETIREMENT COMMUNITIES
WEST, INC., DBA COVENANT VILLAGE OF
TURLOCK, MT. MIQUEL COVENANT
VILLAGE AND THE SAMARKAND

It is so Ordered. Dated: 9-7-05

_____
United States District Judge

2

SUBSTITUTION OF COUNSEL
CASE NO. CIV F-04-6732 AWI SMS