WAN J. KIM
Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM, Chief
KEISHA DAWN BELL, Deputy Chief
KATHLEEN M. PENNINGTON, Trial Attorney
RYAN LEE, Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue, N.W. – N.W.B.
Washington, DC  20530
Telephone:  (202) 305-3109
Facsimile:    (202) 514-1116

McGREGOR W. SCOTT
United States Attorney
KIRK SHERRIFF
Assistant United States Attorney
1130 O Street, Room 3654
Fresno, CA  93721
Telephone: (559) 498-7332

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COVENANT RETIREMENT COMMUNITIES WEST, INC., d/b/a COVENANT VILLAGE OF TURLOCK, MT. MIGUEL COVENANT VILLAGE and THE SAMARKAND, <br><br> Defendants. | **NO. CIV. F-04-6732 AWI SMS** <br><br> **ORDER EXTENDING CERTAIN DEADLINES CONTAINED IN THE COURT'S SCHEDULING ORDER** |

The parties have stipulated and it is hereby ORDERED that, for good cause shown, the deadlines set forth in the Court's Scheduling Order dated March 23, 2005, shall be extended as follows:

(A)   The expert disclosure deadline shall be extended from May 1, 2006, to June 21,

2006;

(B) The supplemental expert disclosure deadline shall be extended from May 19, 2006, to July 10, 2006;

(C) The non-expert discovery deadline shall be extended from April 14, 2006, to June 14, 2006;

(D) The expert discovery deadline shall be extended from June 9, 2006, to July 24, 2006;

(E) The non-dispositive motion filing deadline shall be extended from April 21, 2006, to June 21, 2006;

(F) The dispositive motion filing deadline shall be extended from June 30, 2006, to August 7, 2006;

All other deadlines in the Court's Scheduling Order will remain as scheduled.

IT IS SO ORDERED.

**Dated:   April 5, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE