**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

THOMAS F. CARLUCCI, BAR NO. 135767
MICHAEL E. DELEHUNT, BAR NO. 070619
KEVIN F. WOODALL, BAR NO. 180650

ATTORNEYS FOR DEFENDANTS COVENANT RETIREMENT
COMMUNITIES WEST, INC. ET AL.

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
STEVEN H. ROSENBAUM, CHIEF
JON M. SEWARD, DEPUTY CHIEF
RYAN G. LEE, TRIAL ATTORNEY
DANA MULHAUSER, TRIAL ATTORNEY
**UNITED STATES DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**
**HOUSING AND CIVIL ENFORCEMENT SECTION**
950 PENNSYLVANIA AVENUE NW-NWB
WASHINGTON, DC 20530
TELEPHONE: 202.305.0007
FACSIMILE: 202.514.1116

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY
KIMBERLY ANN GAAB
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES COURTHOUSE
2500 TULARE STREET, SUITE 4401
FRESNO, CA 721
TELEPHONE: 559.497.4000

ATTORNEYS FOR PLAINTIFF, UNITED STATES
OF AMERICA

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

#### FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. CIV 1:04-CV-6732 AWI SMS |
| | ) |
| Plaintiff, | ) **STIPULATION FOR** |
| | ) **DISBURSEMENTS TO CLAIMANTS** |
| v. | ) **FROM SETTLEMENT FUND; AND** |
| | ) **ORDER THEREON** |
| COVENANT RETIREMENT | ) |
| COMMUNITIES WEST, INC. et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

SFCA_1600818.1
SFCA_1616429.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants, Covenant Retirement Communities West, Inc. et al. ("Covenant"), and Plaintiff, United States of America, through their counsel of record, hereby enter into the following stipulation related to disbursements to claimants from the settlement fund created pursuant to the Consent Order (Doc. No. 28), which was entered by the Court on August 23, 2007.

WHEREAS, Paragraph 23 of the Court Order requires the creation of a $530,000 Settlement Fund to compensate individuals who were allegedly injured by violations of the Fair Housing Act ("FHA"), 42 U.S.C. § 3604-3619;

WHEREAS, Paragraph 28 of the Consent Order requires that alleged aggrieved persons make claims against the Settlement Fund, that the United States of America makes recommendations related to said claims, and that the parties engage in good faith discussions regarding the United States of America's recommendations;

WHEREAS, the parties have engaged in good faith settlement discussions related to 26 claims, including a mediation related to the claims in June, 2009;

WHEREAS, the parties reached an agreement regarding the amounts to be paid to all 26 claimants, among other things at the mediation;

WHEREAS, Paragraph 29 of the Consent Order provides that for all claims on which the parties have reached an agreement, the parties shall submit a stipulated order for entry by the Court specifying the names of the claimants and the amounts to be paid to the claimants;

WHEREAS,  in the Amended Complaint, the United States alleges that Covenant discriminated against disabled individuals by, among other things, restricting the use of mobility aids in dwellings, steering individuals who use mobility aids to assisted living facilities, and requiring individuals who use power operated vehicles (POV) to obtain insurance and show they can safely operate the POVs.  As noted in the Consent Order,

STIPULATION; ORDER THEREON
CASE NO. CIV 1:04-CV-6732 AWI SMS

SFCA_1600818.1
SFCA_1616429.1

Covenant denies the allegations in the Amended Complaint including, but not limited to, the allegations that Covenant discriminated against anyone based upon a disability.  In particular, Covenant denies that it employed any policies that discriminated against or otherwise restricted persons with disabilities who used mobility aids by steering those individuals to assisted living or placing unreasonable time, place and manner restrictions on the use of motorized mobility aids.

IT IS HEREBY STIPULATED that pursuant to the Consent Order, $262,500 shall be disbursed to the claimants in the amounts specified below:

1.     Mary Gehring ($29,795.69)

2.     Suzanne Bittner ($29,795.69)

3.     Estate of Gerry Sims ($20,856.98)

4.     Frances Sims ($8,938.71)

5.     Robert Lofton ($23,836.55)

6.     Edward Rieth ($11,918.27)

7.     Lucille Rieth ($11,918.27)

8.     Estate of William Porter ($11,918.27)

9.     Estate of Inez Porter ($5,959.14)

10.    Rhea Porter ($4,767.31)

11.    Maxine B. Thorkelson ($11,918.27)

12.    Estate of Willmar Thorkelson ($5,959.14)

13.    Robert Westmacott ($11,918.27)

14.    Estate of Glennis Westmacott ($5,959.14)

15.    Estate of Arvid Carlson ($5,959.14)

16.    Linnea Carlson ($5,959.14)

17.    Linda Bergthold ($2,979.57)

18.    Pam Burnham ($2,979.57)

19.    Richard Penberthy ($11,918.27)

3

SFCA_1600818.1
SFCA_1616429.1

20.     Estate of Harold Blixt ($5,959.14)

21.     Estate of Dorothy Blixt ($5,959.14)

22.     Helen Steele ($7,150.96)

23.     Linda Edgington ($1,787.74)

24.     Estate of Roberta Cooper ($5,959.57)

25.     Karin Cooper ($2,979.57)

26.     John E. Sweeney ($7,448.92)


IT IS FURTHER STIPULATED that pursuant to Paragraph 30 of the Consent Order, the checks for the agreed upon amounts shall not be delivered by the United States of America to the claimants until the claimants, including the personal representatives of any estates, have executed and delivered to the aforementioned counsel for the United States of America the releases set forth in Appendix F of the Consent Order;

IT IS FURTHER STIPULATED that the checks for the agreed-upon amounts shall not be delivered by the United States of America to an estate of a deceased individual until the individual representing the estate, such as the personal representative  or fiduciary charged with administering the estate, delivers or presents verification of his/her authority to accept payment.  Such verification may come in the form of a court order designating the individual as a personal representative of the estate or fiduciary charged with administering the estate, a will designating the individual as a personal representative of the estate or fiduciary charged with administering the estate (if there is not court order), or an executed written agreement prepared by Covenant and the United States of America that declares the individual is the personal representative of the estate or fiduciary charged with administering the estate with the authority to accept payment and sign a release on behalf of the estate, and that (s)he will indemnify and hold harmless Covenant against any successful claims made by or against the estate related to the released claims (if there is

4

SFCA_1600818.1
SFCA_1616429.1

no court order or will);

IT IS FURTHER STIPULATED that the United States of America shall provide

the aforementioned releases and verifications to Covenant in accordance with the Consent

Order.

Dated:  April 13, 2010                          Thomas E. Perez
                                                Assistant Attorney General
                                                Civil Rights Division


                                                /s/ Ryan G. Lee
                                                Steven H. Rosenbaum, Chief
                                                Jon M. Seward, Deputy Chief
                                                Ryan G. Lee, Trial Attorney
                                                Dana Mulhauser, Trial Attorney
                                                United States Department of Justice
                                                Civil Rights Division
                                                Housing and Civil Enforcement Section
                                                950 Pennsylvania Avenue NW-NWB
                                                Washington, DC 20530
                                                Telephone: 202.305.0007
                                                Facsimile: 202.514.1116


Dated:  February  8, 2010                       FOLEY & LARDNER LLP
                                                Thomas F. Carlucci
                                                Michael E. Delehunt
                                                Kevin F. Woodall



                                                /s/ Kevin F. Woodall
                                                    KEVIN F. WOODALL
                                                ATTORNEYS FOR DEFENDANTS,
                                                COVENANT RETIREMENT COMMUNITIES
                                                WEST, INC. ET AL.

## ORDER

For good cause appearing, IT IS HEREBY ORDERED as stipulated by the

parties.

IT IS SO ORDERED.

Dated:  __April 13, 2010__          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE

SFCA_1600818.1
SFCA_1616429.1