THOMAS F. CARLUCCI, Bar No. 135767
MICHAEL E. DELEHUNT, Bar No. 070619
Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, CA  94102-1520
Telephone:  (415) 434-4484
Facsimile:  (415) 434-4507
Attorneys for Defendants Covenant Retirement
Communities West, Inc., *et al*.

THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division
STEVEN H. ROSENBAUM, Chief
JON M. SEWARD, Deputy Chief
DANA MULHAUSER, Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW-NWB
Washington, DC  20530
Telephone: (202) 305-0007
Facsimile: (202) 514-1116

JOSEPH P. RUSSONIELLO
United States Attorney
KIMBERLY ANN GAAB
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff United States
of America

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. CIV 1:04-CV-6732 AWI SMS |
| v. | ) |
| COVENANT RETIREMENT COMMUNITIES WEST, INC. et al., | ) **JOINT MOTION TO EXTEND THE CONSENT ORDER** |

| | |
|---|---|
| Defendants. | )<br>)<br>)<br>) |

The United States and Covenant Retirement Communities West, Inc., *et al*. (hereinafter, "the parties") respectfully submit this Joint Motion to Extend the Consent Order for a sixty-day period, up to and including October 27, 2010.

On August 27, 2007, this Court entered a Consent Order that had been negotiated between the parties to resolve the United States' claims in this case under the Fair Housing Act, 42 U.S.C. §§ 3601-3619.  Dkt. No. 28.  Paragraph 42 of the Consent Order provides that its provisions are effective for a period of three years from entry of the Order.  Paragraph 44 of the Order provides that the Court shall retain jurisdiction for the duration of the Consent Order and that the United States may move to extend the Order in the interests of justice.  Paragraph 46 of the Order also provides that any time limits for performance may be extended by mutual agreement of the parties.

On August 3, 2010, the United States made an inquiry of Defendants regarding compliance with the Consent Order.  The parties have since been working cooperatively to assess Defendants' compliance with the Consent Order.  The parties have made progress in these discussions and believe that a sixty-day stay of the time periods of Paragraphs 42 and 44, which would effectively toll the time limit in Paragraph 42, will enable them to determine whether they can reach a mutual agreement for presentation to the Court.

The Court has the authority to grant this motion both under the explicit terms of the Order, *see* Paragraphs 44 and 46, and under its inherent equitable powers to extend or modify the provisions of a consent order.   See, e.g., *United States* v. *Knote*, 29 F.3d 1297, 1302 (8th Cir. 1994) (district court has inherent equitable power to modify a consent decree); *Thompson* v. *HUD*, 404 F.3d 821, 825-26 (4th Cir. 2005) (affirming district court's decision to extend consent decree provisions); *David C.* v. *Leavitt*, 242 F.3d 1206, 1213 (10th Cir. 2001) (affirming district court's decision to modify consent decree by extending its enforcement period).  Under these

circumstances, where the parties agree that a brief stay of the time periods in Paragraphs 42 and 44 will facilitate the resolution of outstanding issues, such an order is appropriate.

Thus, for the reasons stated above, the parties respectfully request that their Joint Motion to Extend the Consent Order be granted.

Dated:  August 24, 2010

Thomas E. Perez
Assistant Attorney General
Civil Rights Division


s/ Ryan G. Lee
Steven H. Rosenbaum, Chief
Jon M. Seward, Deputy Chief
Ryan G. Lee, Trial Attorney
Dana Mulhauser, Trial Attorney
United States Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
950 Pennsylvania Avenue NW-NWB
Washington, DC  20530
Telephone: 202.305.3109
Facsimile: 202.514.1116

*Attorneys for Plaintiff United States of America*


FOLEY & LARDNER LLP
Thomas F. Carlucci
Michael E. Delehunt


s/ Michael E. Delehunt
Michael E. Delehunt

*Attorneys for Defendants*
*Covenant Retirement Communities West, Inc., et al.*

**ORDER**

For good cause appearing, IT IS HEREBY ORDERED that the Consent Order in *United States* v. *Covenant Retirement Communities West, Inc.*, *et al.*, be modified to extend the duration of the Court's jurisdiction for an additional 60 days, until October 27, 2010.

IT IS SO ORDERED.

Dated:   August 24, 2010

CHIEF UNITED STATES DISTRICT JUDGE